**Case Caption:** National Treasury Employees Union

**v.**

Vought, Appellee.    Hedling, Appellant

**Case No:** 26-5220

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ⦿ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Vought

CFPB

### Counsel Information

Lead Counsel: Derek Weiss

Direct Phone: ( 202 ) 6165365  Fax: ( ___ ) _____  Email: Derek.L.Weiss@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

3rd Counsel:

Direct Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Firm Name:

Firm Address:

Firm Phone: ( ___ ) _____  Fax: ( ___ ) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.